# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

GURDIP SINGH ATWAL

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 31, 2003

Given under my hand and seal of this court on

September 09, 2015

Margaret Fuller Corneille
Office of Lawyer Registration