UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Aurora Lee, et al.,
Plaintiff,

v.

Asurion Insurance Services, Inc., and Asurion Corp.,
Defendant.

Case No. 3:15-cv-01111

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Aurora Lee, et al. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Minnesota. Attached is a Certificate of Good Standing from that Court.

s/ Jacob R. Rusch
Signature

Name: Jacob R. Rusch (MN Bar No. 0391892)

Address: Johnson Becker, PLLC

Address: 33 South Sixth Street, Suite 4530

Address: Minneapolis, MN 55113

Phone: 612-436-1800

Email: jrusch@johnsonbecker.com

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

# CERTIFICATE OF SERVICE

I hereby certify that on  October 28, 2015            , a copy of the Motion For Admission *Pro Hac Vice* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                              s/Gregory F. Coleman