UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Aurora Lee, Antoinette Lavern, and Tracy Kramer, on behalf of themselves and all others similarly situated individuals, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Civ. Case No. 3:15-cv-01111 |
| v. | ) COLLECTIVE AND CLASS ACTION<br>) COMPLAINT |
| Asurion Insurance Services, Inc., and Asurion Corp., | ) JURY TRIAL DEMANDED<br>)<br>) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Aurora Lee, Antionette Lavern, and Tracy Kramer, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Courts for the Eastern and Western Districts of Michigan. Attached is a Certificate of Good Standing from that Court.

                                                                                     _____
                                                                                     Signature

Name:     Jesse L. Young
Address:  Sommers Schwartz, P.C.
Address:  One Towne Square, Suite 1700
Address:  Southfield, MI 48076
Phone:    (248) 355-0300
Email:    jyoung@sommersp.com

## CERTIFICATE OF SERVICE

  I certify that on November 13, which will send notification of such filing to all counsel of record.

              /s/ Gregory F. Coleman
              Gregory F. Coleman
              GREG COLEMAN LAW PC
              First Tennessee Plaza
              800 S. Gay Street, Suite 1100
              Knoxville, TN 37929
              T: 865-247-0080
              F: 865-522-0049
              E: greg@gregcolemanlaw.com