# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, David J. Weaver, Clerk of Court, certify that*

# Jesse L. Young

*was duly admitted to practice in this Court on 12/17/2009,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 11/10/2015.*



David J. Weaver
Clerk

Deputy Clerk