UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ANTIONETTE LAVERN and TRACY KRAMER, on behalf of themselves and all others similarly situated individuals, | ) ) ) | Civ. Case No.: 3:15-cv-01111 |
| | ) | Hon. William J. Haynes, Jr. |
| Plaintiffs, | ) | |
| | ) | FIRST AMENDED COLLECTIVE |
| v. | ) | AND CLASS ACTION COMPLAINT |
| | ) | |
| ASURION INSURANCE SERVICES, INC., and ASURION CORP., | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs, Antionette Lavern and Tracy Kramer, hereby

moves for admission to appear *pro hac vice* in this action.  I hereby certify that I am a member in

good standing from the United States District Court for the Eastern District of Tennessee.  Attached

is a Certificate of Good Standing from that Court.

s/Mark E. Silvey
Mark E. Silvey
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
E: mark@gregcolemanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2016, a copy of the foregoing Motion for

Admission *Pro Hac Vice* has been filed on the ECF docket and is available for viewing and

download.

s/Mark E. Silvey
Mark E. Silvey
Gregory F. Coleman
Greg Coleman Law PC
