AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

## CERTIFICATE OF GOOD STANDING

I, Debra C. Poplin, Clerk of the Eastern District of Tennessee, certify that

## Mark E Silvey,

Bar # __013415__,

was duly admitted to practice in this Court on __10-31-1990__ and is in good standing as a member of the Bar of this Court.

Dated at __Knoxville, TN__ on __Thursday January 14, 2016__.

_____
DEPUTY CLERK