

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }
                              } ss.
**NORTHERN DISTRICT OF GEORGIA**  }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **AMY MARIKO PALESCH, State Bar No. 866827,** was duly admitted to practice in said Court on October 20, 2010, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 21st day of January, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: *Joyce White*
Joyce White
Deputy Clerk