UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Antoinette Lavern and Tracy Kramer, on behalf of themselves and all other similarly situated individuals,<br><br>   Plaintiffs,<br>v.<br><br>**Asurion Insurance Services, Inc. and Asurion Corp.,**<br><br>   Defendants. | Case No. 3:15-cv-01111<br><br>Judge William J. Haynes, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Asurion Insurance Services, Inc. hereby moves for admission to appear *pro have vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of Georgia. Attached is a Certificate of Good Standing from that Court.

          *s/ Leslie A. Dent*
          Leslie A. Dent
          Littler Mendelson, P.C.
          3344 Peachtree Road N.E., Suite 1500
          Atlanta, GA 30326-4803
          404-233-0330
          ldent@littler.com

# CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of February, 2016, the foregoing was filed electronically through the Court's ECF system, and is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, as follows:

Gregory F. Coleman
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN. 37929
greg@gregcolemanlaw.com

G. Tony Atwal
Jacob R. Rusch
JOHNSON BECKER, PLLC
30 South Sixth Street, Suite 4530
Minneapolis, MN 55402
tatwal@johnsonbecker.com
jrusch@johnsonbecker.com

Jason J. Thompson
Jesse L. Young
SOMMERS SCHWARTZ, P.C.
One Tower Square, Suite 1700
Southfield, Michigan 48076
jthompson@sommerspc.com
jyoung@sommerspc.com

*s/ Roger D. Scruggs*
Roger D. Scruggs