

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **LESLIE A. DENT, State Bar No. 218566,** was duly admitted to practice in said Court on February 16, 1984, and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 21st day of January, 2016.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Joyce White
Deputy Clerk