IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Antoinette Lavern and Tracy Kramer, on behalf of themselves and all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>Asurion Insurance Services, Inc. and Asurion Corp.,<br><br>    Defendants. | Case No. 3:15-cv-01111<br><br>Hon. William J. Haynes, Jr. |

**DEFENDANT ASURION INSURANCE SERVICES, INC.'S MOTION TO DISMISS AND COMPEL ARBITRATION OF PLAINTIFF ANTOINETTE LAVERN'S CLAIMS**

Defendant Asurion Insurance Services, Inc. ("Defendant Asurion Insurance"), pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, and the parties' written arbitration agreement, respectfully move this Court for an Order compelling Plaintiff Antoinette Lavern ("Plaintiff Lavern") to submit all of her claims to arbitration and dismissing such claims without prejudice. Plaintiff Lavern and Defendant Asurion Insurance are parties to a valid, enforceable arbitration agreement which requires Plaintiff Lavern to submit all of her claims raised in this lawsuit to final and binding individual arbitration. In support of this Motion, Defendant relies upon and files its Memorandum of Law, and the exhibits thereto.

Dated: February 3, 2016								Respectfully submitted,

									*s/ Roger D. Scruggs*
									Leslie A. Dent (*pro hac vice* pending)
									ldent@littler.com
									Amy M. Palesch (*pro hac vice* pending)
									apalesh@littler.com
									LITTLER MENDELSON, P.C.
									3344 Peachtree Road N.E., Suite 1500
									Atlanta, GA  30326.4803
									Telephone: 404.233.0330
									Facsimile: 404.233.2361

									Roger D. Scruggs, Bar No. 29381
									rscruggs@littler.com
									LITTLER MENDELSON, P.C.
									333 Commerce Street, Suite 1450
									Nashville, TN  37201
									Telephone: 615.383.3033
									Facsimile: 615.383.3323

									Attorneys for Defendant Asurion Insurance Services, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 2016, I filed the foregoing **DEFENDANT ASURION INSURANCE SERVICES, INC.'S MOTION TO DISMISS AND COMPEL ARBITRATION OF PLAINTIFF ANTOINETTE LAVERN'S CLAIMS** using the Court's CM/ECF system, which will send notice to the following attorneys of record:

Gregory F. Coleman
Mark E. Silvey
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com

G. Tony Atwal
Jacob R. Rusch
JOHNSON BECKER, PLLC
30 South Sixth Street, Suite 4530
Minneapolis, MN 55402
tatwal@johnsonbecker.com
jrusch@johnsonbecker.com

Jason J. Thompson
Jesse L. Young
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
jthompson@sommerspc.com
jyoung@sommerspc.com

Attorneys for Plaintiffs

*s/ Roger D. Scruggs*
Roger D. Scruggs

Firmwide:138102121.4 086585.1001