UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AURORA LEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:15-cv-01111 |
| ) | JUDGE CRENSHAW |
| ASURION INSURANCE ) | |
| SERVICES, INC., *et al.*, ) | |
| ) | |
| Defendants. | |

## ORDER

Pursuant to the Court's previous Order (Doc. No. 83), the Clerk is **DIRECTED** to unseal all documents in this case.

Before the Court is the Joint Motion for Settlement. (Doc. No. 75.) The motion is **DENIED**. "The denial is without prejudice in the event the parties are able to negotiate a settlement agreement that does not require sealing of the agreement and broad language regarding confidentiality." Nutting v. Unilever Mfg. (U.S.) Inc., 2014 WL 2959481, at *5 (W.D. Tenn. June 13, 2014); (see Doc. No. 80 at 4; 7; 10 (overbroad language regarding confidentiality of public documents)).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE