IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Antoinette Lavern and Tracy Kramer, on behalf of themselves and all other similarly situated individuals,<br><br>      Plaintiffs,<br><br>v.<br><br>Asurion Insurance Services, Inc. and Asurion Services, LLC,<br><br>      Defendants. | Case No. 3:15-cv-01111<br><br>Judge Waverly Crenshaw<br><br>Mag. Judge Barbara D. Holmes |

## ORDER GRANTING APPROVAL OF FLSA SETTLEMENT

WHEREAS:

A. On October 4, 2016, Named Plaintiff Tracy Kramer, Opt-In Plaintiff LaSere Reid-Smith, and Opt-In Plaintiff Teinna Dukes (collectively, "Plaintiffs") and Defendants Asurion Insurance Services, Inc. and Asurion Services, LLC, by their respective counsel of record, moved this Court for approval of the Parties' Joint Stipulation of Settlement and each individual Plaintiff's Settlement Agreement ("Agreements"); and

B. This Court has duly considered the representations of counsel and all of the submissions presented with respect to the Agreements addressing the Plaintiffs' individual claims, the collective claims asserted in this matter under the Fair Labor Standards Act ("FLSA"), and the Rule 23 class claims asserted in this Action under various state laws.

NOW THEREFORE, after due deliberation, this Court hereby ORDERS that:

1. The Agreements are fair, reasonable and adequate; are in the best interests of Plaintiffs; and are hereby approved, in light of the benefits to Plaintiffs accruing from the settlement of this Litigation, the substantial investigation conducted by Plaintiffs' counsel prior to the proposed Agreement, and the complexity, expense, risks and probable protracted duration

1

of further litigation.

2. The Court approves the Joint Stipulation of Settlement, as well as the Agreements for each Plaintiff.

3. Plaintiffs shall be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against the Released Parties regarding any and all claims released in their respective Agreement.

4. Plaintiffs' Counsel's application for an award of attorneys' fees and reimbursement of costs as set forth in each of the Agreements is hereby approved. Accordingly, Defendants will pay Plaintiffs' Counsel's fees and costs, as provided in the Joint Stipulation of Settlement and according to the individual allocations set forth in the Agreements.

_____
Waverly D. Crenshaw, Jr.
United States District Court Judge